IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 SEP 15 A 10: 10

Victor Wayne Bell #176621 )
_____ )
Full name and prison number of )
plaintiff(s) )
 )
 )    CIVIL ACTION NO. 3:05CV885-T
v. )    (To be supplied by the Clerk of the
 )     U.S. District Court)
Sheriff Jay Jones )
_____ )
 )
_____ )
 )
_____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (✓)   No ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit:
         Plaintiff(s) Victor Wayne Bell
         Defendant(s) Tommy Boswell, Tina Riley

      2. Court (if federal court, name the district; if state court, name the county)
         Middle Dist. Russell County, AL.

      3. Docket No. Don't remember

      4. Name of Judge to whom case was assigned Don't Remember

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Dismissed

6. Approximate date of filing lawsuit 2000 2001

7. Approximate date of disposition 2001

II. PLACE OF PRESENT CONFINEMENT Lee County Jail Opelika, AL. 36801

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Lee County Jail - Opelika, AL. 36801

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Jay Jones | 2311 Gateway Dr Opelika, AL. 36801 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 2/28/05 until present

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: fire sprinkler system

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). Sleeping in these cells where the fire sprinkler system has been painted over with a heavy coat of paint - Seems to not be in working order (The pens are even gone)

-2-

here is always cock-roaches in or later each meal

GROUND TWO: Medical, Dental

SUPPORTING FACTS: I haven't seen a Dentist sence my arrival here at the Lee County Detention Center. I then got a spider bite, no bandage, no kind of treatment. It took 2 weeks for some one to even look at it. My blood pressur hasent even been checked.

GROUND THREE: Sleeping on the floor, yard time, over crouding - food - Meals

SUPPORTING FACTS: I finally got a bed. And the toilet runs over in my cell - E-4 - I've been sleeping on the floor sence my arrival - 2/28/05 - The food here is always cold - The Hot Box has no plug on in - We get nothing to drink except water each meal -

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Sue for One Million Dollars - This has become a mental thing - I fear my life here in this facility - If a fire breaks out - we were dead dead

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 9/12/05 .
(date)

_____
Signature of plaintiff(s)

-3-