**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jay Jones
   Lee Co. Jail
   P.O. Box 240
   Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _M. Kenney_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   M. J. Kenney

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

   SLF
   3:05cv885-T
   Proceed temp

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0001 0150 3043

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540