# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **VICTOR WAYNE BELL,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 3:05-cv-885-MHT-VPM |
| **SHERIFF JAY JONES,** | ) |
| **Defendant.** | ) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

COMES NOW Jay Jones, Sheriff of Lee County, Alabama, Defendant in the above-styled cause, and moves this Honorable Court for an extension of time of 7 days in which to file his Special Report and Answer which is presently due on November 21, 2005. As grounds for said motion, Defendant states as follows:

1. On September 19, 2005, this Court entered an Order directing the Defendant to file a Special Report and Answer in the above-styled cause on or before October 31, 2005.

2. The gathering of information with which to formulate the Special Report has taken longer than expected. Counsel for Defendant is still meeting with the Defendant and witnesses for the purpose of ascertaining the facts of the case and obtaining the documents located at the Lee County Sheriff's Department relevant to Plaintiff's allegations. In addition, it may be necessary to obtain additional documents relating to the Plaintiff's incarceration made the basis of his Complaint.

3. Defendant is in need of this additional time to fully respond to the Plaintiff's allegations.

4. Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED Defendant respectfully requests this Honorable Court grant his Motion for Extension of Time to file his Special Report and Answer up to and including November 30, 2005.

Respectfully submitted this 21st day of November, 2005.

        s/Kelly Gallops Davidson
        KELLY GALLOPS DAVIDSON Bar No. DAV123

        Attorney for Defendant

        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  kdavidson@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of November, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Victor Wayne Bell
        AIS# 176221
        Lee County Jail
        P.O. Box 2407
        Opelika, AL 36801

        s/Kelly Gallops Davidson
        OF COUNSEL