IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICTOR WAYNE BELL,           ) | |
|                              ) | |
|    Plaintiff,                ) | |
|                              ) | |
|    v.                         ) | CIVIL ACTION NO. 3:05-CV-885-T |
|                              ) | |
| JAY JONES,                   ) | |
|                              ) | |
|    Defendant.                ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Jones on November 21, 2005 (Court Doc. No. 8), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendant be GRANTED an extension from November 21, 2005 to and including November 28, 2005 to file his answer and special report.

Done this 22nd day of November, 2005.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE