IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **VICTOR WAYNE BELL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:05-cv-885-MHT-VPM |
| | ) |
| **SHERIFF JAY JONES,** | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT OF JAY JONES**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF LEE** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared JAY JONES, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Jay Jones. I am over the age of nineteen and competent to execute this affidavit. I am the duly elected Sheriff of Lee County, Alabama, and have served in such capacity since 1999.

2. I am not personally familiar with any of the allegations made the basis of the Plaintiff's Complaint as I have never received any requests from him concerning any of these allegations nor have I received any grievance from him concerning any of the allegations made in his Complaint.

3. As there is a grievance procedure in the Lee County Detention Facility, it could have been used by the Plaintiff to make known any questions or concerns he had regarding any concerns

about his incarceration. However, I never received any such grievance, and to the best of my knowledge, no grievance was ever written by the Plaintiff concerning any matters.

4. It is the policy and procedure to the Lee County Detention Facility to provide prompt medical attention to all inmates upon their written or verbal request, in emergency situations, or when it is apparent to officers that they are in need of medical attention. The Lee County Detention Facility has a nurse on duty at the jail from 8:00 a.m. to 10:00 p.m. each week day and additional nursing services on the weekend. Also, a physician comes weekly, or more often if needed, to the Detention Facility to examine and treat all inmates who request to see a doctor or who have been placed on the physician's list by a nurse. Upon review of Plaintiff's medical file by the medical staff, it appears that the Plaintiff received medical care upon each of his requests.

5. I swear, to the best of my present knowledge, information, and belief, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_____
JAY JONES

SWORN TO and SUBSCRIBED before me this 23 day of November, 2005.

_____
NOTARY PUBLIC
My Commission Expires: _____