# Exhibit A

# Arrest and Booking Documents

```
.1/14/2005    08:25:52           INMATE RELEASE SHEET                    PAGE
===================================================================================

BOOKING NO: 050002956

INMATE NAME: BELL VICTOR WAYNE
        ALIAS:                                    RACE: W      SEX: M
        ALIAS:                                    HT: 5'09" HAIR: GRY
      ADDRESS: 155 LEE RD 213 LOT 2               WT: 165     EYES: HAZ
  ITY/ST/ZIP: PHENIX CITY, AL 36870          COMPLEX: LGT
  HOME PHONE: 706-330-2765                        SSN: 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
          DOB: 06/09/1959  AGE:  46             DL ST: AL    DLN: I224577
  PLCE BIRTH: PHENIX CITY                         SID:
        STATE: AL                               LOCID: 29693
  M. STATUS:
    RELIGION: BAPTIST
  GANG ASSOC:
  CARS/TATTOOS: TAT OF GIRL ON RIGHT ARM
  NOWN ENEMIES: NONE CLAIMED
      REMARKS:
------------------------------ NEXT OF KIN --------------------------------
  NEXT OF KIN: TERRI BELL                 RELATIONSHIP: DAUGHTER
      ADDRESS: 155 LEE RD 213 LOT 2              PHONE: 706-330-1965
  CITY/ST/ZIP: PHENIX CITY, AL 36870
      REMARKS:
------------------------------ EMPLOYER INFO --------------------------------
    EMPLOYED: N
  MPLOYER NAME: N
      ADDRESS: N
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
------------------------------ MEDICAL --------------------------------
  HANDICAPPED: N   NEEDS: N
      GLASSES: Y  SMOKE: Y
  EDICAL NEEDS: Y  NEEDS: BACK
    PHYSICIAN: DR SCHERODO         PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------ PROPERTY --------------------------------
        CASH:     $172.00
  DESCRIPTION:
  OD. PROPERTY: BELT WATCH
  OD. PROPERTY:
  OD. PROPERTY:
    BIN NUMBER:
  H IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
===================================================================================
HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
FORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

MATE: X  *V Bell*                 DATE: _____  TIME: _____

OK OFFICER: *Lt. Welch*          DATE: 11-14-05   TIME: _____

```
11/14/2005     08:25:52          INMATE RELEASE SHEET                    PAGE
========================================================================
BOOKING NO: 050002956      INMATE NAME: BELL VICTOR WAYNE
========================================================================
        COURT:                      ATTORNEY ON REC:
        JUDGE:                           PHONE: 000-000-0000
      REMARKS:
      REMARKS:
------------------------------------------------------------------------
     BOOK DATE: 06/26/2005  BOOK TIME: 10:00  BOOK TYPE: NORMAL

    ARREST DATE: 02/28/2005           BOOKING OFFICER: AUSBY
    ARREST DEPT: LCSO                 CELL ASSIGNMENT:
  ARRST OFFICER: J TAYLOR                   MEAL CODE: 02  STATE
  PROJ. RLSDATE: 00/00/0000                  FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: FRAZIER               CLASSIFICATION:
   TYPE SEARCH: PAT                    WORK RELEASE: N
INTOX RESULTS:

        HOLDS: Y
       AGENCY: DOC  8-12-05      REASON:
       AGENCY:                   REASON:
       AGENCY:                   REASON:
       AGENCY:                   REASON:

        NOTES:
        NOTES:
        NOTES:
========================================================================
RELEASE DATE: 11/14/2005  RELEASE TIME: 08:25    # DAYS SERVED:  142

ELEASE OFFICER: INGRAM
   RELEASE TYPE: RELEASED TO KILBY
        REMARKS:
        REMARKS:
        REMARKS:
========================================================================
 HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
NFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

NMATE:_____  DATE:_____  TIME:_____

OOK OFFICER:_____  DATE:_____  TIME:_____
```

```
11/14/2005    08:25:52         INMATE CHARGE SHEET                    PAGE
===============================================================================
BOOKING NO: 050002956    INMATE NAME: BELL VICTOR WAYNE
===============================================================================
  CHARGE NO:  1  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE: CC05-349.01              # OF COUNTS:    1
    OFFENSE: BURGLARY III/16 YEARS      WARRANT #:
      CASE #: CC05-349.01
   BOND AMT:                                   FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/28/2005              ARST AGENCY: LCSO
ARST OFFICR: J TAYLOR                     COUNTY: LEE
      COURT: CIRCUIT                        JUDGE: WALKER
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS: PROBATION DENIED 09-06-05
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:  2  DISPOSITION: DROPPED           HOLD: N

ALA STATUTE: CC05-362                 # OF COUNTS:    2
    OFFENSE: THEFT 1/NOL PROSSED        WARRANT #:
      CASE #: CC05-362
   BOND AMT:                                   FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/28/2005              ARST AGENCY: LCSO
ARST OFFICR: J TAYLOR                     COUNTY: LEE
      COURT: CIRCUIT                        JUDGE: WALKER
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:  3  DISPOSITION: DROPPED           HOLD: N

ALA STATUTE: CC05-362                 # OF COUNTS:    3
    OFFENSE: THEFT 1/NOL PROSSED        WARRANT #:
      CASE #: CC05-362
   BOND AMT:                                   FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/28/2005              ARST AGENCY: LCSO
ARST OFFICR: J TAYLOR                     COUNTY: LEE
      COURT: CIRCUIT                        JUDGE: WALKER
DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
LEE COUNTY FORM CC-30

## COMMITTAL TO CUSTODY

CASE NUMBER

| ID | YR | Case |
|---|---|---|

State of Alabama

PLAINTIFF,

VS.

Victor Bell

DEFENDANT.

IN THE _____ Lee _____ COURT

LEE COUNTY, ALABAMA

CASE NO. CC 05 349.01

The defendant, _____ Victor Bell _____ is hereby committed to the custody of the Sheriff of Lee County, Alabama for:

_____ Probation denied — 16 years _____

Defendant's bond is hereby set at $ _____ Ø _____.

DONE this the _10th_ day of _Sept_ , _2005_.

_____
JUDGE

# Exhibit B

# Request Forms

...e County Detention Center

# INMATE REQUEST SLIP

E-4

Name _Victor Bell_     Date _11/10/05_

**LOCATION**

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☑ Personal Problem     ☐ Other

Briefly Outline Your Request. Give To Jailer

_Nurse Burke_
_May I please have some_
_Tylenals & some Anti-_
_acid Tablets -_
_My Back's been Killing_
_me lately - Thank you_
_Very much_
_E-4_                    _V. Bell_

Do Not Write Below This Line - For Reply Only

_Given to Nurse D. Burke on_

Approved _____     Denied _____     Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____

FORM: LCS-008 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

E-4
**LOCATION**

Name _Victor Bell_ Date _10/27/05_

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet

☐ Special Visit   ☑ Personal Problem   ☐ Other

Briefly Outline Your Request. Give To Jailer

Request for some
Tylenols + some
Anti-Acid Tablets

Do Not Write Below This Line - For Reply Only

Given 10/27/05  D. Budg ____

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (9/59)

Lee County Detention Center

# INMATE REQUEST SLIP

E-4

Name _Victor Bell_     Date _10/20/05_

**LOCATION**

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☑ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer

_Request for some_

_Tylenols and some_

_Anti-Acid Tablets_

_please — V. Bell_

Do Not Write Below This Line - For Reply Only

_10/20/5 — and will give_

_you may report you_

_Tyl may need like_

_Call go to Cown of 41A_

_Nurse Thoma_

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER

FORM: LCS-038 (6/98)

Lee County Detention Center

# INMATE REQUEST SLIP

E-4

LOCATION

Name *Victor Bell*     Date *10/19/05*

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [✓] Personal Problem
- [ ] Other

Briefly Outline Your Request. Give To Jailer

*Request for CMC
Typenos please
V. Bell*

Do Not Write Below This Line - For Reply Only

*10/19/05          9*

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

*Nurse -*

## Lee County Detention Center
# INMATE REQUEST SLIP

E-4
**LOCATION**

Name _Victor Bell_          Date _8/14/05_

☐ Telephone Call      ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit        ☑ Personal Problem                    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

_Request for some_
_Tylenals please_

_V. Bell_

<u>Do Not Write Below This Line - For Reply Only</u>

_10/14/05 — Tye gu_

_n was stew_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____          Time Received _____

CORRECTION OFFICER _____

FORM LCS-036 (8/99)

Lee County Detention Cent_

# INMATE REQUEST SLIP

E-4

**LOCATION**

Name _Victor Bell_     Date _9/23/05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☑ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

_Request for some_
_Tylenols please_
_thank you_
_V Bell_

<u>Do Not Write Below This Line - For Reply Only</u>

_09/24/05 — 1 Tyl. give_

_Nurse Stewart_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM LCS-038 (6/99)

- Lee County Detention Cente
# INMATE REQUEST SLIP

E-4

**LOCATION**

Name _Victor Bell_    Date _9/20/05_

☐ Telephone Call  ☐ Doctor  ☐ Dentist  ☐ Time Sheet
☐ Special Visit  ☑ Personal Problem  ☐ Other

Briefly Outline Your Request.  Give To Jailer

Request for
Some Friends
please

V. Bell

Do Not Write Below This Line - For Reply Only

9/20/05    # The gun

nurse

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant  ☐ Chief Deputy  ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-035  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION

Name _Victor Bell_   Date _8/15/05_

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet

☐ Special Visit   ☑ Personal Problem   ☐ Other

Briefly Outline Your Request. Give To Jailer

Mrs Burke
Will you please let me
have my eye Glasses - I cant
even read the Bible without
them - Thank you very much

Victor Bell

Do Not Write Below This Line - For Reply Only

I have not received any new
glasses for you. Arthur D. Burke Jr

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _____   Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (5/99)

Nurse

Lee County Detention Center

# INMATE REQUEST SLIP

F-3
LOCATION

Name: Victor Bell          Date: 8/2/05

☐ Telephone Call      ☐ Doctor          ☐ Dentist        ☐ Time Sheet
☐ Special Visit       ☑ Personal Problem                 ☐ Other

Briefly Outline Your Request. Give To Jailer.

Mrs Stewart - first I want
to thank you for approving
my fixodent power - Also - will
you approve me getting some
eye glasses brought in this
week - I can't even read the
Bible without glasses on -
Thank you very much V. Bell

Do Not Write Below This Line - For Reply Only

Nurse Stewart did not send your fixodent
I did so from now on just address
your request to nursing. Your family
can bring glasses as long as they are
not wire frames or Sular D Binkley RN

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy      ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6-92)

Lee County Detention Center

# INMATE REQUEST SLIP

E-4

Name _Victor Bell_     Date _9/14/05_

**LOCATION**

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request, Give To Jailer

_TC the Nurse_
_Request for some_
_Tylenols please_
_Thank you_
_V Bell_

Do Not Write Below This Line - For Reply Only

_9/14/05 — given_

_Nurse_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (8X10)

Lee County Detention Center

# INMATE REQUEST SLIP

**LOCATION** f-3

Name _Victor Bell_     Date _8-05_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☑ Personal Problem     ☐ Other

Briefly Outline Your Request. Give To Jailer

Nurse Burke
Thanks for approving
my eye glasses -
May I please have
them -

Request for eye glasses
                    Victor Bell

---

Do Not Write Below This Line - For Reply Only

I talk with your family +
they sent metal wire frame. They
are going to get you some plastic
frames. 8/11/05 D. Burke

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM LCS-038 (999)

Lee County Detention Center
# INMATE REQUEST SLIP

f-3
**LOCATION**

Name _Victor Bell_    Date _8/6/05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☑ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer

_Nurse Stewart_

_Request for some_

_Tylonals please_

_Thanks_

Do Not Write Below This Line - For Reply Only

_9/7/05 9ww:_

_Nurse St._

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM LCS-038 (6/99)

_ce_ County Detention Center

# INMATE REQUEST SLIP

Name _Victor Bell_    Date _7/29/05_

LOCATION _F-3_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☑ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer

_Nurse Stewart or Burke_
_My Fixa Dent Denture power_
_is in your office - that Mrs_
_Stewart approved - May_
_I please have it -_
_Thank you very much_
_X Victor Bell_

Do Not Write Below This Line - For Reply Only

_This was sent to you on 7/29/05_
_Friday Nobilor D.Burke Rn_

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-008 (8/99)

Nurse
Stewart

e County Detention Center
# INMATE REQUEST SLIP

f-3

**LOCATION**

Name _Victor Bell_          Date _7/24/05_

☐ Telephone Call          ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit          ☑ Personal Problem          ☐ Other

Briefly Outline Your Request. Give To Jailer

Nurse Stewart
If someone brings me a bottle
of tio Dent Denture power
will you approve me
getting it-
Thank you very much for
your time & consideration
in this matter- Victor Bell

Do Not Write Below This Line - For Reply Only.

7/25/05   Our Admin. Said This
is on your Time Sheet
y not may have it.

Nurse Stewart

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____          Time Received _____

CORRECTION OFFICER _____

FORM LCS-038 (5/99)

Nurse Stewart

Lee County Detention Center
# INMATE REQUEST SLIP

A-3

**LOCATION**

Name _Victor Bell_    Date _5-25-05_

- ☐ Telephone Call
- ☐ Doctor
- ☐ Dentist
- ☐ Time Sheet
- ☐ Special Visit
- ☑ Personal Problem
- ☐ Other

Briefly Outline Your Request.  Give To Jailer

Mrs Stewart
Would you please send
me some Tylenols? +
some Pepto Tablets
please—
Thank you
Very much
Victor Bell

Do Not Write Below This Line - For Reply Only

5-26-05    9 w

Nurse Stewart

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

A-3
**LOCATION**

Name _Victor Bell_          Date _5/7/05_

☐ Telephone Call      ☐ Doctor        ☐ Dentist      ☐ Time Sheet

☐ Special Visit       ☐ Personal Problem              ☑ Other

Briefly Outline Your Request. Give To Jailer

_Mrs Stewart_
_May I please have_
_some Tydenals or some_
_Anti Acid Tablets_

_Thank you_
_very much_
_Victor Bell_

Do Not Write Below This Line - For Reply Only

_Fwd To Nurse 5/9/05_
_5/10/05 given_

_Nurse Stewart_

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant           ☐ Chief Deputy            ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Cent

# INMATE REQUEST SLIP

A-3

**LOCATION**

Name _Victor Bell_    Date 4/29/05

- [ ] Telephone Call
- [ ] Special Visit
- [ ] Doctor
- [x] Personal Problem
- [ ] Dentist
- [ ] Other
- [ ] Time Sheet

Briefly Outline Your Request, Give To Jailer

Mrs Stuart
May I please have
some Tylenals To some
Anti Acid Tablets -

Thank you
very much
Victor Bell

Do Not Write Below This Line - For Reply Only

5/1/5   CR   Tye / Zanta
_____
Con. Mea To see m)

Nurse Newt

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

To Nurse

Lee County Detention Center
# INMATE REQUEST SLIP

f-3

Name _Victor Bell_          Date _4/27/05_

LOCATION

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. Give To Jailer

Mrs Stewert
May I please have
some tylenol's + pepto
for back + gas —

Thank you
very much
Victor Bell

Do Not Write Below This Line - For Reply Only

4/28/05 I sent this to
you. Did you re.. it ?
if you need more need
to s.. a sick call

Nurse Thomp

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (5/98)

"To" Nurse

...ee County Detention Center

# INMATE REQUEST SLIP

A-3
**LOCATION**

Name _Victor Bell_     Date _4/22/05_

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [x] Personal Problem
- [x] Other

Briefly Outline Your Request. Give To Jailer

Dear Mrs Nurse
May I Please Have
Some Tylenols and
Anti Acid Tablets —
"Back Problems"
"And Gas"          Thank you
Pepto or           Very Much
Tacement           Victor Bell

Do Not Write Below This Line - For Reply Only

4/23/05     9 w

Nurse Stewart

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (5/99)

TO THE NURSE

~~ee~~ County Detention Center

# INMATE REQUEST SLIP

L-3
LOCATION

Name _Victor Bell_    Date _4/21/05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. Give To Jailer

Nurse Stewert
May I have some
Mortron + some Anti-
Acid Tablets please -

Back +)-    Thank you
Stomach    very much
Pain's    V Bell

Do Not Write Below This Line - For Reply Only

4/23/05    TII  1  72.  9 win

Nurse Stew -

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____    FORM: LCS-038 (6/99)

To The Nurse

## Lee County Detention Center
## INMATE REQUEST SLIP

F-3

LOCATION

Name _Victor Bell_     Date 4/18/05

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☑ Personal Problem     ☐ Other

Briefly Outline Your Request. Give To Jailer

Nurse Steuart
May I please have some
Anti-Acid Tablets and
Some Tylenols for -
for my back - Also - Is It
possible for me to exchange
Matts- Mine is Flat-And's
Killing my back- Thank you Very Much! Bell!

Do Not Write Below This Line - For Reply Only

4/2?/05     _____ have to
_____ your matts

Nurse Steward

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____     FORM: LCS-036 (6/99)

Lee County Detention Cent
# INMATE REQUEST SLIP

LOCATION F 3

Name _Victor Bell_          Date _4/16/05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☑ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer

_Dear Mrs Nurse_
_Would I Please Have_
_Some Tylenals N Anti_
_-Acid Tablets Please_

_F 3_         _Thank you_
_Very much_
_Victor Bell_

Do Not Write Below This Line - For Reply Only

_two motrin + antacids given 04/17/05_
_D. Bell_

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant         ☐ Chief Deputy         ☐ Sheriff

Date _____        Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (5/99)

*The Nurse*

Lee County Detention Center
# INMATE REQUEST SLIP

F-3

LOCATION

Name _Victor Bell_                    Date _4/12/05_

☐ Telephone Call        ☐ Doctor            ☐ Dentist        ☐ Time Sheet
☐ Special Visit         ☒ Personal Problem  ☐ Other

Briefly Outline Your Request. Give To Jailer

Mrs. Hall please have
something for my
back its giving me
problems. Thank you
very much
V. Bell

Do Not Write Below This Line - For Reply Only

04/12/5 — Nurse

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____        Time Received _____

CORRECTION OFFICER _____                    FORM: LC3-036 (5/00)

*To The Nurse*

Lee County Detention Center

# INMATE REQUEST SLIP

F-3

F-3

4/15/05

LOCATION

Name _Victor Bell_     Date _____

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [x] Personal Problem
- [ ] Other

Briefly Outline Your Request.  Give To Jailer

Mrs Stuart
Would you please let me
have some Anti-Acid tablids
for ods - Also - some Tylucls
for my back —
Thank you
very much
Victor Bell

Do Not Write Below This Line - For Reply Only

4/15/05     Lenters / Tye

Nurse Stu...

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (8/99)

*Nurse Station*

Lee County Detention Center
## INMATE REQUEST SLIP

A-3
**LOCATION**

Name *Victor Bell*    Date *4/4/05*

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☑ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer

*May I please Have some
Tyrenals or Motran - some
thing for A Headacke - Ive
had A killer Headacke for
a cuppace of day's now -
Thank you
very much
Victor Bell*

Do Not Write Below This Line - For Reply Only

*4/5/05   9 a.m.*

*Nurse Stewart*

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

*TO THE NURSE!*

## Lee County Detention Center
# INMATE REQUEST SLIP

#3

Name *Victor Bell*            Date 4/5/05

**LOCATION**

- ☐ Telephone Call
- ☐ Doctor
- ☐ Dentist
- ☐ Time Sheet
- ☐ Special Visit
- ☑ Personal Problem
- ☐ Other

Briefly Outline Your Request. Give to Jailer

MAY I PLEASE HAVE A TYLENOL
OR SOME ADVILL FOR A KILLER
HEADACE- IVE HAD FOR SOME
DAYS NOW -

THANK YOU
VERY VERY
MUCH
V.W. BELL

Do Not Write Below This Line - For Reply Only

Two motrin sent. If you have headaches
this bad then you need a sick call &
see the doctor for this.  04/06/05 ——
D. Burks spn

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

- ☐ Lieutenant
- ☐ Chief Deputy
- ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

NURSE

**- Lee County Detention Center-**

# InMATE REQUEST SLip

£3

**LOCATION**

Name *Victor Bell* Date 4/1/05

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☑ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer

To the Nurse or who ever
In charge -
I'm having trouble with my
Back - Would you please let
me have something for It
Tylonal - Motran - Iny thang

Thank you very much

V. Bell

Do Not Write Below This Line - For Reply Only

two motan cont by loados - D. Burton

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (5/99)

Lee County Detention Center
# NMATE REQUEST S IP  1-3

LOCATION

Name *Victor Bell*    Date 3/1/05

☐ Telephone Call    ☑ Doctor    ☐ Dentist    ☐ Time Shee

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer

*To see Doctor about*
*my people bring-ing me*
*my medication - from than*
*City, AL - Thank you*
*Very Much*
*Victor Bell*

Do Not Write Below This Line - For Reply Only

*03/03/05 You will see*
*our m.*
*nurse Stes*

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-036 (6

# Exhibit C

# Doctor's Notes

NOTES

SS# - 423 - 88 - 8990

NAME Bell, Victor    DOB 6/9/59  AGE 4 5  SEX m  RACE W

DRUG ALLERGIES NKDA    TETANUS

NATURE OF PROBLEM OR REQUEST  Staph US spider bit

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:  BP _____ P _____ R _____ T _____

ASSESSMENT:

---

**07/06/05    Lee County Detention Center   | Victor Bell         #4238888990**
This 45 YOWM has a "spider bite" on his left lateral thigh. He has been mashing it and it seems to be getting better.
**Physical Exam:** Alert, no distress, comfortable gait. He shows me a place with induration that is probably 3-4 cm with an open necrotic area about 1 cm.
**Impression:** Possible insect bite with Staph infection.
**Plan:** Septra DS b.i.d. #14. Recheck prn.

PLAN:

Septra DS Bid #14

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL

SIGNATURE  JOHN H McFARLAND MD    TITLE MD  DATE 7-6-05  TIME 1100
AM8104894
AL11404

NOTES

SS# 4-23-88-8990

NAME _Bell, Victor_   DOB _6/9/59_ AGE _45_ SEX _M_ RACE _W_

DRUG ALLERGIES _∅_   TETANUS ____

NATURE OF PROBLEM OR REQUEST _C/o multi jai & dri pai_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

*********************************************************************************

**03/08/05    Lee County Detention Center    Bell    #423888990**

This 45 YOWM has chronic back pain from an injury twenty or more years ago treated by Dr. Serrato in Columbus. He has just been on Lortab 10 or 7.5 for some time. He has been off it for a week now. He has had no problems with abdominal cramps or other GI problems. He says he is doing as well he would expect to in jail. He does have pain in his back. He also has been taking Xanax and Soma.

**Physical Exam:** Alert, comfortable gait observed. ABDOMEN: Soft and nontender. EXTREMITIES: Straight leg raise negative for pain in the legs and little discomfort observed in the back. BACK: No midline tenderness; no point tenderness. NEURO: Knee jerk symmetrical, 2+ both sides.

**Impression:** Chronic back pain; chronic benzodiazepine and narcotic use.

**Plan:** He seems to be doing fairly well off of the medications other than his expressed discomfort he moves spontaneously and acts comfortable when observed and actually doesn't complain about the sleep disturbance. I told him we would have him follow up with the nurse getting his weight and vital signs rechecked weekly for a couple of weeks and follow up with me in two weeks if he is still having any trouble. I talked to him about options, he is not at all interested in any exercises or physical therapy type rehabilitation. I did review the contents of Dr. Serrato's certified letter to him from 02/22/05 dismissing him from his practice because Mr. Bell having a positive drug screen for amphetamines and cocaine as well as the narcotics and benzodiazepines. He can have the occasional Tylenol prn.

REFER TO: ____ PA/PHYSICIAN ____   MENTAL HEALTH ____   DENTAL ____

SIGNATURE ____ JOHN H MCFARLAND MD ____   TITLE _MD_ DATE _3/8/05_ TIME _0901_

AMB 104894
AL 11404

NOTES

SS# _4_2_3_-_8_8_-_8_9_9_8_

NAME _Bell  Victor_____ DOB_6/6/59_ AGE _45_ SEX _M_ RACE _W_

DRUG ALLERGIES _Ø_____ TETANUS _____

NATURE OF PROBLEM OR REQUEST _Assessment  Multi  flex_

_pain_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____

SIGNATURE

*********************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP ___—__ P ___—__ R ____ T ____ —

ASSESSMENT: _I'm  Very  upset  about  ymds @_

_low  state  He is on Denays,  plain  pill_

_Soma  under  Care  of  Dr._

_R. Serrato  State  Low  mult_

_any  plain  &  due  problems,_

PLAN: _Release  Suppl  I'm  referring_

_matter  @  primary  to  See  him_

_my  refuse  118 ✓_

REFER TO: _____ RN/PHYSICIAN_____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _Stewart_____ TITLE _LPN_ DATE_3/3/5_ TIME _1410_