IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

VICTOR WAYNE BELL,                    )
                                      )
         Plaintiff,                   )
                                      )
    v.                                )          CIVIL ACTION NO. 3:05-CV-885-T
                                      )
JAY JONES,                            )
                                      )
         Defendant.                   )

**ORDER**

On November 28, 2005, the defendants advised that the plaintiff is no longer at the address

he had provided for service.  In the order of procedure entered in this case, the court instructed the

plaintiff that he must immediately inform the court of any new address. *See Order of September 19,*

*2005 - Court Document No. 4* at 5.  It is clear from the foregoing that the plaintiff has failed to

comply with this requirement.  This case cannot properly proceed in this court if the whereabouts

of the plaintiff remain unknown.  Accordingly, it is

ORDERED that on or before December 8, 2005 the plaintiff shall show cause why this case

should not be dismissed for his failure to comply with the orders of this court and his failure to

adequately prosecute this action.

The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate

Judge will recommend that this case be dismissed.

Done this 1st day of December, 2005.


                                   /s/ Vanzetta Penn McPherson
                                   UNITED STATES MAGISTRATE JUDGE